**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 14, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00374-CR

---

### LUIS ANTONIO GALLEGOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1459867**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2015. On July 8, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.2(a). The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan